| | |
|---|---|
| **DISTRICT COURT**, COUNTY OF EL PASO, STATE OF COLORADO<br><br>**Court Address:**<br>270 South Tejon Street<br>Colorado Springs, CO 80903<br><br>**Plaintiff:**<br>BRIAN SELF<br><br>**Defendant:**<br>LIBERTY MUTUAL<br><br>*HEUSER & HEUSER, LLP*<br>**Douglas P. Price #13559**<br>625 N. Cascade Avenue, Suite 300<br>Colorado Springs, CO 80903<br>*Attorney for Plaintiff*<br>Ph:  (719) 520-9909<br>Fax: (719) 475-1278 | DATE FILED: August 10, 2018 9:57 AM<br>FILING ID: F5CEFF6FCA312<br>CASE NUMBER: 2018CV31974<br><br><br>▲ **COURT USE ONLY** ▲<br><br>Case No.<br><br><br><br>Division No. : |

## COMPLAINT

COMES NOW, the Plaintiff, Brian Self, by and through his attorneys, Heuser & Heuser, LLP, and states the following for his Complaint:

### I. JURISDICTION

1. Plaintiff, Brian Self is a 38 year old resident of El Paso County, Colorado. His residence address is: 2139 Reminiscent Circle, City of Fountain, State of Colorado, Zip Code 80817.
2. Defendant, Liberty Mutual, is a Massachusetts reciprocal insurance exchange organized under the laws of the State of Massachusetts, which does business throughout the State of Colorado, to include, but not limited to El Paso County.
3. All acts referred to herein, unless specified otherwise, occurred within El Paso County, State of Colorado.
4. This Court has subject matter jurisdiction over this matter as a court of general jurisdiction.

Exhibit A

## II. GENERAL ALLEGATIONS

5. This matter arises out of an automobile accident that occurred on April 30, 2017, at the intersection of Powers Boulevard and Constitution Avenue, in Colorado Springs, Colorado. Plaintiff Self was stopped southbound on Powers Boulevard for the red traffic light. The vehicle driven by Howard Foster was traveling southbound behind the Plaintiff. Mr. Foster failed to stop his vehicle and struck the rear of Plaintiff's vehicle.

6. As a result of this accident, Plaintiff sustained injuries to his, neck, back, left shoulder, and other areas of his body. Care has included treatment at HealthSource of Colorado Springs, The Peak Physical Medicine, Colorado Springs Imaging, Keller Chiropractic, and medications. Since the date of the accident, Plaintiff has had to seek on-going medical treatment for the injuries suggested above.

7. The Plaintiff's insurance policy included uninsured motorist coverage in the amount of $25,000.00 for each person and $50,000.00 for each accident. (Liberty Mutual policy no. LA000-035448036-04).

8. The at-fault driver was eventually located but was found to have no applicable insurance coverage, thus, on December 28, 2017, Plaintiff made a claim for fair value to come from his "uninsured motorist" policy of insurance, a policy issued by Defendant, Liberty Mutual. Unfortunately, after a period of six months, Plaintiff's claim was unreasonably and effectively denied.

9. The problems resulting from the April 30, 2017 accident have caused Plaintiff significant pain, suffering and a loss of enjoyment of life. This accident has impacted his ability to work and raise his two children as effectively as he did prior to the accident. He cannot engage in leisure-time activities to the same extent as he did before the accident. His activities of daily life have been significantly restricted and he is permanently impaired.

10. Defendant, Liberty Mutual has knowingly and unreasonably delayed, and effectively denied Plaintiff's claim for relief under his policy of Uninsured Motorist coverage.

## III. FIRST CLAIM FOR RELIEF: BREACH OF CONTRACT

11. Plaintiff reiterates, as though restated in full, those allegations set forth in paragraphs one through ten of this Complaint.
12. By offering an unreasonably low amount for uninsured motorist coverage, the Defendant effectively denied Plaintiff's claim and breached its insurance contract with the Plaintiff.

## IV. SECOND CLAIM FOR RELIEF: BAD FAITH BREACH OF INSURANCE CONTRACT

13. Plaintiff reiterates, as though restated in full, those allegations set forth in paragraphs one through twelve of this Complaint.
14. The Defendant acted unreasonably in failing to equitably assess and pay an appropriate sum for Plaintiff's claim for uninsured motorist coverage.
15. The Defendant knew that its conduct was unreasonable and the Defendant recklessly disregarded the fact that its conduct was unreasonable.
16. The Defendant's unreasonable conduct was a cause of Plaintiff's injuries, damages and losses.
17. In denying the Plaintiff's claim for underinsured motorist coverage benefits, the Defendant violated the unfair claims settlement practices subdivision of the Unfair Methods of Competition/Unfair or Deceptive Acts or Practices section of the Colorado Insurance Code, C.R.S. §10-3-1104. Specifically, the Defendant:
    a. Failed to adopt and implement reasonable standards for prompt investigation of claims arising under insurance policies.
    b. Refused to pay Plaintiff's claim without conducting a reasonable investigation based upon all available information.
    c. Failed to attempt in good faith to effectuate a prompt, fair and equitable settlement of a claim in which liability is clear.
    d. Failed to acknowledge and act reasonably promptly upon communications with respect to claims arising under insurance policies.

## V. THIRD CLAIM FOR RELIEF: STATUTORY DAMAGES

18. Plaintiff reiterates, as though restated in full, those allegations set forth in paragraphs one through seventeen of this Complaint.
19. The Defendant unreasonably failed to assess and pay a reasonable sum for Plaintiff's claim for uninsured motorist coverage benefits.
20. Defendant unreasonably delayed and denied this claim.
21. Pursuant to C.R.S. §10-3-1115 and §10-3-1116, Plaintiff is entitled to double damages and attorney's fees on account of the Defendant's unreasonable denial of his claim for uninsured motorist coverage benefits.

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court enter Judgment in favor of the Plaintiff and against the Defendant in the amount to be determined at trial for the Plaintiff's pain, suffering, loss of enjoyment of life, and lost wages and income, additionally and together with bad faith damages, double damages, attorney's fees, costs, interest, and such other and further relief as this Court deems just and proper under the circumstances.

Respectfully submitted this 10 day of August, 2018.

HEUSER & HEUSER, LLP

**Duly signed original at the law office of HEUSER & HEUSER, LLP**

/s/ _____
Douglas P. Price, # 13559
*Attorney for Plaintiff*

Plaintiff's Address:
Brian Self
2139 Reminiscent Circle
Fountain, CO 80817